**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Vincent D. SPENCER, Petitioner**

**No. 122 EAL 2017**

Supreme Court of Pennsylvania.

August 14, 2017

## ORDER

PER CURIAM

AND NOW, this 14th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**